IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL DOCKET NO. 3:02cv540

| | |
|---|---|
| STRATEGIC OUTSOURCING, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| CONTINENTAL CASUALTY CO., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon Plaintiff's motion, with the consent of defendant, for a peremptory setting of this matter. This case is currently on the 16 May Charlotte Term.

Upon consideration of Plaintiff's motion, the Court finds no good cause has been shown to schedule a peremptory setting of this case at this time. **IT IS, THEREFORE, ORDERED** that the Plaintiff's motion for a peremptory setting is hereby **DENIED**. The Court on its own motion will **GRANT** a continuance of the trial in this matter from the 16 May 2005 term to the 25 July 2005 term in the Charlotte Division.

**Signed: 11 May 2005**

*[signature: Richard L. Voorhees]*

Richard L. Voorhees
United States District Judge