IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02cv540

| | |
|---|---|
| STRATEGIC OUTSOURCING, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| CONTINENTAL CASUALTY COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |

THIS MATTER is before the Court pursuant to the jury's verdict in this civil action dated March 21, 2006. (Doc. No. 151). The jury determined that the preponderance of the evidence established Continental Casualty Company's ("CNA") liability for breach of contract. The jury also determined Strategic Outsourcing, Inc.'s ("SOI") liability for underpayment of premiums due to CNA.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT** is entered in favor of SOI on Count I of its Complaint. Accordingly, SOI is awarded $7,946,934.70 in compensatory damages and $2,606,654.97 in prejudgment interest for a total award of $10,553,589.67, plus postjudgment interest at a rate of 4.76%, pursuant to 28 U.S.C. § 1961(a). SOI is awarded its costs other than attorneys' fees as the prevailing party, pursuant to Fed. R. Civ. P. 54(d).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED THAT JUDGMENT** is entered in favor of CNA on its counterclaim. Accordingly, CNA is awarded $602,142 in compensatory damages and $156,203 in prejudgment interest for a total award of $758,345, plus postjudgment interest at a rate of 4.76%, pursuant to 28 U.S.C. § 1961(a).

Signed: March 24, 2006

Robert J. Conrad, Jr.
United States District Judge