IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02cv540

| | | |
|---|---|---|
| STRATEGIC OUTSOURCING, INC. | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CONTINENTAL CASUALTY COMPANY, | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court pursuant to Continental Casualty Company's ("CNA") request to extend the time for filing post-trial motions.

According to Rule 6(b) of the Federal Rules of Civil Procedure, the Court is without authority to extend the ten-day period following entry of judgment stated in Rules 50(b) and 59. However, the Court will allow the parties until April 28, 2006, to file supporting briefs for any timely-filed motion.

**IT IS, THEREFORE, ORDERED** that briefs supporting any post-trial motions by the parties must be filed on or before April 28, 2006.

Signed: March 24, 2006

Robert J. Conrad, Jr.
United States District Judge