IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02cv540

| | | |
|---|---|---|
| STRATEGIC OUTSOURCING, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CONTINENTAL CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court pursuant to Continental Casualty Company's ("CNA") Agreed Motion to Stay Enforcement Proceedings and For Approval of Supersedeas Bond. (Doc. No. 216). The Motion is agreed to by plaintiff Strategic Outsourcing, Inc. ("SOI").

The parties have both appealed from the Court's judgment and the Motion seeks to stay any enforcement proceedings while the appeals are pending. The Motion also requests the Court to approve CNA's proposed supersedeas bond of $10,774,769.14 to secure the net judgment against it while the stay is in effect.

**IT IS, THEREFORE, ORDERED**, pursuant to Fed. R. Civ. P. 62(d), that all current or future enforcement proceedings are hereby stayed until a final judgment on all appeals is made by the United States Court of Appeals for the Fourth Circuit (Case Number 07-1237). The amount of CNA's proposed supersedeas bond, $10,774,769.14, is also hereby approved. Any stay of enforcement proceedings is contingent upon CNA submitting an actual supersedeas bond in the amount of $10,774,769.14 within 14 days of this order to the Court.

Signed: May 7, 2007

Robert J. Conrad, Jr.
Chief United States District Judge