UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:02cv540

| | |
|---|---|
| STRATEGIC OUTSOURCING, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| CONTINENTAL CASUALTY CO., | ) ) |
| Defendant. | ) ) ) |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss with Prejudice. (Doc. No. 242). The motion informs the Court that the parties have executed a Settlement Agreement and Release dated August 20, 2008.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED**, and that all claims and counterclaims in this matter are **DISMISSED** with prejudice, each party to bear its own costs.

Signed: September 22, 2008

Robert J. Conrad, Jr.
Chief United States District Judge