# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Strategic Outsourcing, Inc.,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                          3:02cv540

Continental Casualty Company,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/22/2008 Order.

                                      Signed: September 22, 2008

                                      Frank G. Johns, Clerk
                                      United States District Court